United States District Court
Northern District of New York

# JUDGMENT

**DONNA DONAH**

                 **Plaintiff**

            **VS.**                   **6:03-CV-247 (FJS) (DEP)**

**COMMISSIONER OF SOCIAL SECURITY**

                 **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court accepts the Report and Recommendations of Magistrate Judge David E. Peebles in its entirety, defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's decision is AFFIRMED in all respects, plaintiff's complaint is DISMISSED in its entirety. Judgment is hereby entered in favor of the defendant.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 11th day of May, 2007.

**MAY 16, 2007**                                                  **LAWRENCE K. BAERMAN**

_____       _____

**DATE**                                                           **CLERK OF COURT**

                                                                             s/

                                                                             _____

                                                                             **JOANNE BLESKOSKI**
                                                                             **DEPUTY CLERK**